AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Scott Aaron KAUFFMAN, a/k/a Scott Aaren DAVIS | ) Case No. 1:25-cr-50-1 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Scott Aaron KAUFFMAN, a/k/a Scott Aaren DAVIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

Date:   03/13/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   04/04/2025  , and the person was arrested on *(date)*   04/07/2025
at *(city and state)*   Minot, ND   .

Date:   04/07/2025

*Arresting officer's signature*

Reed Mesman - FBI Special Agent
*Printed name and title*